# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0444
_____

JAMES ELDRIDGE MCAROY,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

June 5, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Ross S. Haine, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Kristie E. Regan, Assistant Attorney General, Tallahassee, for Appellee.